IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Bankers Standard Insurance Company,** as subrogee of Charles Niles,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**Vacation Properties Realty, Inc., d/b/a ERA Team VP Real Estate**<br><br>　　　　　　　　　　Defendant. | Civil Action No. 1:16-cv-00154-LJV |

## STIPULATION OF DISMISSAL

The Parties, through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41, hereby stipulate Plaintiff's Complaint is dismissed, with prejudice, with each party to bear its own costs.

Date:  May 12, 2016

Respectfully submitted,

| | |
|---|---|
| Duke Holzman Photiadis Gresens LLP | Kenney Shelton Liptak Nowak LLP |
| /sCharles C. Ritter, Jr._____ | /s/ Richard A. Galbo_____ |
| Charles C. Ritter, Jr., Esq. | Richard A. Galbo, Esq. |
| 701 Seneca Street – Suite 750 | The Calumet Building |
| Buffalo, NY 14210 | 233 Franklin Street |
| (716) 855-1111 | Buffalo, NY 14202 |
| Fax: (716) 855-0327 | (716) 853-3801 |
| critter@dhpglaw.com | Fax: (716) 853-0265 |
| | ragalbo@kslnlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

**SO ORDERED**

_____
Hon. Lawrence J. Vilardo
Date:  May \_\_\_\_, 2016